IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOANNA MARIE WILSON, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. H-10-1569 |
| § | |
| NAVIKA CAPITAL GROUP, LLC, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Magistrate Judge upon referral from the District Judge is Plaintiffs' Emergency Motion for Clarification of the Certification Order and to Compel Defendants to Provide Information (Document No. 35). In that motion, Plaintiffs seek clarification that the Order filed on February 9, 2012, which granted Plaintiffs' Motion for Conditional Certification, "intended the class to include all the hotel employees of Defendants, not just those employed by Defendants Pearl Hospitality and Ruby Hospitality," and that there was no "intent to exclude from the class employees that Navika Capital ('Navika') may have misclassified as exempt." Plaintiffs' motion (Document No. 35) at 1. In addition, Plaintiffs seek an Order requiring Defendants to provide a list of all its hotel subsidiaries and any employees allegedly employed thereby.

Having considered Plaintiffs' motion, Defendants' response in opposition (Document No. 37), and the Order filed on February 9, 2012 (Document No. 34) it is

ORDERED that Plaintiffs' Emergency Motion for Clarification of the Certification Order and to Compel Defendants to Provide Information (Document No. 35) is GRANTED. It is further

ORDERED that Defendants shall provide to Plaintiffs, no later than March 2, 2012, a complete list of its hotels and the entities that owned the hotels between May 3, 2007 and February

9, 2012. In addition, for each of the hotels identified, Defendants shall produce to Plaintiffs, by March 23, 2012, a list of the employees' last known mailing address and e-email addresses regardless of their classification (exempt or non-exempt) by Defendants or any of its subsidiaries. Plaintiffs shall then have until April 23, 2012, to mail the consent forms to Defendants' employees, with the consent forms to be mailed back to Plaintiffs no later than May 23, 2012. Given these extensions, Defendants' Unopposed Motion to Extend Time to Produce List of Employees (Document No. 38) is MOOT.

Signed at Houston, Texas, this 23rd day of February, 2012.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE