IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOANNA MARIE WILSON, et al. | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:10-CV-01569 |
| NAVIKA CAPITAL GROUP, LLC, et al. | § § § | |
| Defendants. | § | |

## UNOPPOSED ORDER

Before the Magistrate Judge upon referral from the District Judge is Plaintiffs' Emergency Unopposed Motion for Approval of Revised Notice to Class Members, Revised Consent Form, and Website. Having considered Plaintiffs' unopposed motion it is

ORDERED that Plaintiffs' Emergency Unopposed Motion for Approval of Revised Notice to Class Members, Revised Consent Form, and Website is GRANTED, and the revised notice to class members, the revised consent form, and the website are approved.

SIGNED at Houston, Texas, this 21st of March, 2012.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE